UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 06-15765

                                           Paul D. Borman
v.                                           United States District Judge

                                           R. Steven Whalen
DANYETTA L. FOSTER-SMITH,        United States Magistrate Judge

        Defendant.
_____/

OPINION AND ORDER: (1) ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 55);
(2) DENYING DEFENDANT'S REQUEST FOR HEARING ABOUT THE
ANSWER FILED (ECF NO. 48); AND (3) DENYING DEFENDANT'S
REQUEST FOR HEARING ABOUT THE GARNISHMENT AND CLAIM FOR
EXEMPTIONS (ECF NO. 50)

     Before the Court is Magistrate Judge R. Steven Whalen's Report and Recommendation regarding this student loan case recommending that the Court deny Defendant Danyetta L. Foster-Smith's Request for Hearing about the Answer Filed by the Garnishee and her Request for Hearing About the Garnishment and Claim for Exemptions. (ECF No. 55, Report and Recommendation). Defendant did not file an objection to the Report and Recommendation.

     Having reviewed the Report and Recommendation and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R.

72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 55); DENIES Defendant's Request for Hearing about the Answer Filed by the Garnishee (ECF No. 48); and DENIES Defendant's Request for Hearing About the Garnishment and Claim for Exemptions (ECF No. 50).

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 18, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 18, 2015.

s/Deborah Tofil
Case Manager